1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney

2

3  EUMI L. CHOI (WVBN 0722)
   Chief, Criminal Division

4  TRACIE L. BROWN (CSBN 184339)
   Assistant United States Attorney

5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, CA 94102
       Telephone: (415) 436-6917
7      Facsimile:  (415) 436-7234

8  Attorneys for Plaintiff

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12

13  UNITED STATES OF AMERICA,        )        No.  CR 05-569 PJH
                                     )
14       Plaintiff,                  )        [PROPOSED] ORDER AND STIPULATION
                                     )        EXCLUDING  TIME  FROM  AUGUST  2,
15    v.                             )        2006 TO SEPTEMBER 13, 2006 FROM THE
                                     )        SPEEDY  TRIAL  ACT  CALCULATION
16  LARRY LLOYD,                     )        (18 U.S.C. § 3161(h)(8)(A))
                                     )
17       Defendants.                 )
                                     )
18  ─────────────────────────────────

19       The government and Defendant Larry Lloyd appeared before the Honorable Phyllis J.

20  Hamilton on August 2, 2006.  The Court enters this order documenting the exclusion of time

21  under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from August 2, 2006 to September 13,

22  2006.  The parties agreed, and the Court found and held, as follows:

23       1. The parties have agreed to an exclusion of time under the Speedy Trial Act.  Failure to

24  grant the requested continuance would unreasonably deny the Defendant continuity of counsel, in

25  light of the Defendant's counsel's trial schedule.  The continuance is also necessary for effective

26  preparation, as the government is planning to produce additional discovery in the near future.

27       2. Given these circumstances, the Court found that the ends of justice served by excluding

28  the period from August 2, 2006 to September 13, 2006, outweigh the best interest of the public

STIPULATION AND [PROP.] ORDER
CR 05-00569 PJH

1   and the defendant in a speedy trial.  Id. § 3161(h)(8)(A).

2      3.  Accordingly, and with the consent of the defendant, the Court ordered that the period from

3   August 2, 2006 to September 13, 2006 be excluded from Speedy Trial Act calculations under 18

4   U.S.C. § 3161(h)(8)(A) & (B)(iv).

5      4.  The Court scheduled a trial setting or motions setting hearing on September 13, 2006 at

6   1:30 p.m.

7      IT IS SO STIPULATED.

8

9   DATED: _____          _____/s/_____
                                             TRACIE L. BROWN
10                                           Assistant United States Attorney

11

12  DATED: _____          _____/s/_____
                                             BRENDAN CONROY
13                                           Attorney for LARRY LLOYD

14      IT IS SO ORDERED.

15

16  DATED:_____8/29/06_____       _____
                                             THE HON. PHYLLIS J. HAMILTON
17                                           United States District Judge



18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROP.] ORDER
CR 05-00569 PJH                          2