KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

TRACIE L. BROWN (CSBN 184339)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-6917
    Facsimile:  (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>LARRY LLOYD,<br><br>    Defendants. | No. CR 05-569 PJH<br><br>[~~PROPOSED~~] ORDER AND STIPULATION (1) EXCLUDING TIME FROM SEPTEMBER 13, 2006 TO JANUARY 3, 2007 FROM THE SPEEDY TRIAL ACT CALCULATION; (2) VACATING PRE-TRIAL CONFERENCE AND TRIAL DATE; AND (3) SETTING STATUS HEARING ON JANUARY 3, 2007 |

    The government and Defendant Larry Lloyd appeared before the Honorable Phyllis J. Hamilton on September 13, 2006. First, the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from September 13, 2006 to November 27, 2006. The parties agreed, and the Court found and held, as follows:

    1. The parties have agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny the Defendant continuity of counsel, in light of the Defendant's counsel's trial schedule. The Defendant's counsel began a lengthy homicide re-trial in state court at the beginning of October. The continuance is also necessary for effective preparation, as the government and the Defendant's counsel need to discuss the possibility of a pre-trial resolution of this case.

STIPULATION AND [PROP.] ORDER
CR 05-00569 PJH

     2. Given these circumstances, the Court found that the ends of justice served by excluding the period from September 13, 2006 to November 27, 2006, outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

     3. Accordingly, and with the consent of the defendant, the Court ordered that the period from September 13, 2006 to November 27, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

     4. At the September 13, 2006 hearing, the Court also scheduled a pre-trial conference for November 15, 2006 and trial for November 27, 2006. However, as the Defendant's counsel's state homicide trial has begun and is not likely to be completed until early December, it will be impossible for the Defendant's counsel to complete necessary pre-trial motions and trial preparation on this matter while in the middle of a state homicide case.

     5. Accordingly, the parties stipulate and request that the November 15, 2006 pre-trial conference and November 27, 2006 trial be vacated. The parties further request that the Court set a status conference on January 3, 2007, at 1:30 p.m., which is the earliest Wednesday after the Defendant's counsel's trial on which both counsel and the Court are available. By January 3, 2-007, the Defendant's counsel's state homicide case should be completed, and the parties should know whether this case is likely to be resolved by guilty plea.

     6. Given the Defendant's counsel's trial schedule and the need for the parties to discuss a pre-trial resolution of this case, the parties stipulate that time from November 27, 2006 to January 3, 2007 should be excluded from the Speedy Trial Act calculations on the basis of effective preparation and continuity of counsel.

     IT IS SO STIPULATED.


DATED: 10/24/06                                                            /S/
                                                                         TRACIE L. BROWN
                                                                         Assistant United States Attorney


DATED: 10/23/06                                                            /S/
                                                                         BRENDAN CONROY
                                                                         Attorney for LARRY LLOYD

IT IS SO ORDERED. The parties shall appear on January 3, 2007 at 1:30 p.m. to set a new date for trial or change of plea. The time from September 13, 2006 to January 3, 2007 shall be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), as the ends of justice outweigh the interest of the public and the Defendant in a speedy trial.

DATED: 10/26/06



THE HON. PHYLLIS J. HAMILTON
United States District Judge

STIPULATION AND [PROP.] ORDER
CR 05-00569 PJH                                3