1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  MARK L. KROTOSKI (CSBN 138549)
   Chief, Criminal Division
4  TRACIE L. BROWN (CSBN 184339)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, CA 94102
       Telephone: (415) 436-6917
7      Facsimile:  (415) 436-7234

8  Attorneys for Plaintiff

9                          UNITED STATES DISTRICT COURT

10                        NORTHERN DISTRICT OF CALIFORNIA

11                              SAN FRANCISCO DIVISION

12

13 UNITED STATES OF AMERICA,        )   No.  CR 05-569 PJH
                                    )
14        Plaintiff,                )   **STATUS REPORT AND STIPULATED**
                                    )   **REQUEST TO BE ADDED TO THE**
15     v.                           )   **COURT'S NOVEMBER 15, 2006**
                                    )   **CALENDAR**  AND ORDER
16 LARRY LLOYD,                     )
                                    )
17        Defendants.               )
                                    )

18

19     On October 26, 2006 this Court issued an order vacating certain pre-trial dates, setting a

20 next hearing date of January 3, 2007, and excluding time from the Speedy Trial Act on the basis

21 of the Defendant's counsel's scheduled state homicide trial, which was expected to last several

22 weeks.  At the suggestion of Courtroom Deputy Nichole Heuerman, the parties submit this Status

23 Report to (1) notify the Court that the Defendant's counsel's state homicide case recently settled

24 mid-trial, and (2) to request that the case be added to the Court's November 15, 2006 calendar for

25 a status hearing and setting of new dates.

26 ///

27 ///

28 ///

1     IT IS SO STIPULATED.

2

3   DATED: _____       /S/_____

4                                                              TRACIE L. BROWN
Assistant United States Attorney

5

6   DATED: _____       /S/_____

7                                                             BRENDAN CONROY
Attorney for LARRY LLOYD

8

9     IT IS SO ORDERED. The parties shall appear on November 15, 2006 at 1:30 p.m. for a

10 status hearing and to set new dates for trial or change of plea.

11

12 DATED: 11/9/06

13                                                           THE HONORABLE PHYLLIS J. HAMILTON
United States District Judge

*[Seal of United States District Court, Northern District of California, with stamp "IT IS SO ORDERED" signed by Judge Phyllis J. Hamilton]*