```
1  BRENDAN CONROY Bar No. 114726
   Attorney at Law
2  255 Kansas St. Ste. 514
   San Francisco CA 94103
3
   Telephone: 415-565-9600
4
   Attorney for Defendant
5  LARRY LLOYD
6
7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 05-569-PJH |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE-SETTING SENTENCING DATE** |
| v. | |
| LARRY LLOYD, | |
| Defendant. | |

The government and defendant Larry Lloyd hereby stipulate and agreed that the date for sentencing in this case, set for February 14, 2007 at 1:30 p.m., be continued and that a new date for sentencing be set for March 28, 2007 at 1:30 p.m. to allow for adequate preparation by all parties and United States Probation.

Date 1/26/06

_[signature]_
BRENDAN CONROY
Attorney for Defendant

_[signature]_
JULIE ARBUCKLE
Assistant United States Attorney

1

```
 1
 2   IT IS SO ORDERED.  The sentencing date of February 14, 2007 is
 3   vacated, and the parties are ordered to appear for sentencing on
     March 28, 2007 at 1:30 p.m.
 4
 5
     Dated    1/30/07
 6           _____
 7
 8                                           IT IS SO ORDERED
                                             [signature]
 9                                           Judge Phyllis J. Hamilton
10
```

2