1  BRENDAN CONROY Bar No. 114726
   Attorney at Law
2  255 Kansas St. Ste. 340
   San Francisco, CA 94103
3
   Telephone: 415-565-9600
4
   Attorney for Defendant
5  LARRY LLOYD

6

7                UNITED STATES DISTRICT COURT

8                NORTHERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,        NO. CR 05-569-PJH

11          Plaintiff,              **STIPULATION AND [PROPOSED]
                                    ORDER RE-SETTING SENTENCING**
12     v.                           **DATE**

13 LARRY LLOYD,

14          Defendant.
                                 /
15
        The government and defendant Larry Lloyd hereby stipulate and
16
   agreed that the date for sentencing in this case, set for March 28,
17
   2007 at 1:30 p.m., be continued and that a new date for sentencing
18
   be set for May 23, 2007 at 1:30 p.m. to allow for adequate
19
   preparation by all parties and United States Probation.
20
   Date 3/20/07
21

22
   BRENDAN CONROY
23 Attorney for Defendant

24

25
   TRACIE BROWN
26 Assistant United States Attorney

27

28                                  1

IT IS SO ORDERED.  The sentencing date of March 28, 2007 is vacated, and the parties are ordered to appear for sentencing on May 23, 2007 at 1:30 p.m.

Dated: 3/21/07

_____
THE HON. PHYLLIS J. HAMILTON
United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*