UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

LARRY LLOYD,

    Defendant.
_____/

No. CR 05-0569 PJH

**ORDER**

On March 24, 2008, defendant Larry Lloyd filed a motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2) based on a recent retroactive amendment to the United States Sentencing Guidelines (U.S.S.G.), which lowered the base offense levels to cocaine base or "crack" offenses.

Defendant previously pled guilty to one count of possession with intent to distribute cocaine base in violation of 21 U.S.C. § 841(a)(1). The court found defendant to have an offense level of 25, and a criminal history category of 5, which resulted in a sentencing range of 100 to 125 months imprisonment. However, the court departed from the guideline range, and sentenced defendant to the statutory mandatory minimum of 60 months imprisonment. Accordingly, defendant is not eligible for a reduction in sentence under the United States Sentencing Commission's Amendment No. 706, and his motion is DENIED.

**IT IS SO ORDERED.**

Dated: April 28, 2008

                                                  _____
                                                  PHYLLIS J. HAMILTON
                                                  United States District Judge